AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-58 |
| | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) Assign. Date: 3/14/2023 |
| | ) Description: Complaint with Arrest Warrant |
| Elliot Resnick | ) |
| DOB: [redacted] | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3): | Obstructing, Impeding, or Interfering with Law Enforcement During a Civil Disorder |
| 18 U.S.C. § 111(a): | Assault of or Interference with Law Enforcement |
| 18 U.S.C. §§ 1752(a)(1): | Entering and Remaining on Restricted Grounds |
| 18 U.S.C. §§ 1752(a)(2): | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D): | Disorderly or Disruptive Conduct on Capitol Grounds or in any of the Capitol Buildings |
| 40 U.S.C. § 5104(e)(2)(G): | Parading, Picketing, or Demonstrating in Any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Erica Dobin, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 14, 2023

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*