CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.           ) | Criminal Case No.: 23-443 (RC) |
| ) | |
| ELLIOT RESNICK      ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____*Elliot Resnick*_____
Defendant

_____*[signature]*_____
Counsel for Defendant

I consent:

_____*[signature]*_____
Assistant United States attorney

Approved:

_____*[signature]*_____      Date: JANUARY 30, 2024
RUDOLPH CONTRERAS
United States District Judge