Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                                 )
          vs.               )     Criminal Case No.: _23-443 (RC)_____
                                 )
ELLIOT RESNICK              )
                               )
                               )

## WAIVER OF INDICTMENT

I, _____ELLIOT RESNICK_____, the above-named defendant, who is accused of

CIVIL DISORDER (in violation of 18 U.S.C. 231(a)(3)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____JANUARY 30, 2024_____ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: _____JANUARY 30, 2024_____

RUDOLPH CONTRERAS

United States District Judge