UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| - v - : | |
| : | **CRIMINAL NO. 23-443-RC** |
| **ELLIOT RESNICK,** : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Mr. Elliot Resnick, through undersigned counsel, respectfully submits this Unopposed Motion for a Continuance and states as follows:

1. Sentencing is now scheduled for June 12, 2024 at 2:00 p.m.

2. It is hereby requested that sentencing be continued to September 19, 2024, at 2:00 p.m.

3. I make this request in light of counsel's trial conflict with the current date and the schedules of counsel for both parties, as well as the need to collect mitigation materials and to prepare for the effective representation of Mr. Resnick at sentencing.

4. Counsel for the government has no objection to this application, and I understand that the government and the Court both have availability at the requested date and time.

2

Dated:   New York, New York
         May 22, 2024

                                        Respectfully submitted,

                                        /s/
                                        _____
                                        Clay H. Kaminsky
                                        Attorney for Defendant Elliot Resnick
                                        Federal Defenders of New York, Inc.
                                        52 Duane Street - 10th Floor
                                        New York, New York 10007
                                        Tel.: (212) 417-8749

2