UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 23-CR-443 (RC) |
| | : | |
| **ELLIOT RESNICK,** | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION TO ENLARGE THE FILING DEADLINE
### FOR THE PARTIES' SENTENCING MEMORANDA

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully asks this Court for a brief two-day enlargement of the period in which the parties must file their respective sentencing memoranda. Pursuant to the MINUTE ORDER issued Tuesday, August 6, 2024, "It is hereby ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than September 4, 2024, with all responses (if any) due by September 11, 2024." Specifically, the government asks the Court to enlarge the deadline by two days so that parties' respective sentencing memoranda are due on or before the end of the day on Friday, September 6, 2024. The government *is not* requesting for a modification of the date for reply briefs, if any, or for any modification of the date or time of the sentencing hearing.

The reason for the request is that although the government has been working diligently on its sentencing memorandum for Mr. Resnick, it needs two additional business days to finalize the filing and any attachments thereto. The government notified the defense of the filing of this motion, and counsel has no objection to the request. The government is not requesting this further time for purposes of delay.

WHEREFORE, the government respectfully requests that this Court grant the motion for a two-day enlargement of the period in which the parties must file sentencing memoranda in the above-captioned proceeding.

                                Respectfully submitted,

                                MATTHEW M. GRAVES
                                United States Attorney

By:    */s/ Sean P. Murphy*
       SEAN P. MURPHY
       Assistant United States Attorney, Detailee
       Capitol Siege Section
       U.S. Attorney's Office—Dist. of Puerto Rico
       Torre Chardon, Suite 1201
       350 Carlos Chardon Avenue
       San Juan, PR 00918
       sean.murphy@usdoj.gov
       787-766-5656