UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 23-CR-443 (RC) |
| v. : | |
| : | |
| ELLIOT RESNICK, : | |
| : | |
| Defendant. : | |

### GOV'T NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibits in support of its sentencing memorandum (ECF No. 36). These videos have been provided to the Court and all counsel via a secure filesharing platform. Due to the length of some videos, the government recommends that the Court and Counsel review them prior to the hearing so that insofar as is possible and if desired, the government may incorporate the exhibits by reference at the sentencing hearing. Should the Court or Counsel request, however, the government will be ready to show any video in its entirety at the hearing.

At this time, the government has no objection to the public release of these videos.

*Government Video Exhibits*

### GOV'T EXHIBIT 01

*Type:* Video
*File Type:* .mp4
*Length:* 01 hr 07 min 59 sec
*Source:* Open-Source Video
*Description:* Resnick appears in the video from approximately 19 min 25 sec through 19 min 38 sec. The video shows Resnick walking up the East Steps of the Capitol towards the East Rotunda Door with the first group of rioters to breach that area. Renick turns out to the crowd and waives rioters forward several times.

**GOV'T EXHIBIT 02**

*Type:*        Video
*File Type:*   .mp4
*Length:*       01 min 46 sec
*Source:*      Open-Source
*Description:* Rioters have pinned the police officers in the alcove of the East Rotunda Doors. Resnick has established himself at the front of the crowd. Resnick appears throughout the video, but features most prominently from 00 min 55 sec through 01 min 04 sec. During this part of the video, Resnick grabs and pulls on the arm of a police officer.

**GOV'T EXHIBIT 03**

*Type:*        Video
*File Type:*   .mp4
*Length:*      09 min 07 sec
*Source:*      USCP CCV
*Description:* Resnick pushes his way into the U.S. Capitol at approximately 08 min 51 sec.

**GOV'T EXHIBIT 04**

*Type:*        Video
*File Type:*   .mp4
*Length:*      01 min 55 sec
*Source:*      USCP CCV
*Description:* From the beginning of the video until approximately 00 min 30 sec, Resnick pushes on the closed door and pulls other rioters past the police line and into the Capitol. The video also shows Resnick from approximately 01 min 33 sec through the end of the video.

**GOV'T EXHIBIT 05**

*Type:*         Video
*File Type:*    .mp4
*Length:*       14 min 02 sec
*Source:*       Open-Source Video
*Description:*  Starting at approximately 08 min 00 sec, the videographer walks from the Grand Rotunda to the entryway that sits between the East Rotunda Door and the Rotunda. Resnick pushes his way into the Capitol at approximately 08 min 51 sec, and immediately trips. Other rioters are shouting, "Open the other door!" and "C'mon, I need help!" At approximately 09 min 06 sec, Resnick returns to the door and attempts to push it open. The police officer that tried to stop Resnick is thrown to the ground.

**GOV'T EXHIBIT 06**

*Type:*         Video
*File Type:*    .mp4
*Length:*       08 min 56 sec
*Source:*       USCP CCV
*Description:*  Beginning at approximately 00 min 41 sec, Resnick ascends the staircase on the right side of the screen and reassumes his position at the East Rotunda Door. He remains at the door pulling and ushering other rioters past the police line and into the Capitol until approximately 02 min 50 sec.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**GOV'T EXHIBIT 07**

*Type:*        Video
*File Type:*   .mp4
*Length:*      01 min 29 sec
*Source:*      Open-Source Video
*Description:* Another rioter's video captures Resnick at approximately 01 min 03 sec, pulling and guiding others into the Capitol, even as an alarm is blaring and rioters are chanting.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
New York Bar Reg. No. 5321617
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656